UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANDS ON CHIROPRACTIC PL,

    Plaintiff,

v.                                Case No:   6:18-cv-192-Orl-37DCI

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. (Doc. 66 ("**Motion**").) The Motion seeks dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2). (*Id.*) Under Rule 41(a)(2), district courts have broad discretion to permit the voluntary dismissal of an action. *See Potenberg v. Boston Sci. Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001). "Generally speaking, a motion for voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice other than the mere prospect of a second lawsuit." *Arias v. Cameron*, 776 F.3d 1262, 1268 (11th Cir. 2015) (citations omitted). The primary purpose of Rule 41(a)(2) is to ensure that the voluntary dismissal does not "unfairly affect the other side, and to permit the imposition of curative conditions." *Id.* (citing *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856 (11th Cir. 1986)).

Here, the Court finds the terms of the Motion proper. Plaintiff seeks dismissal because it "has decided not to pursue Class Certification," so the case may be remanded

back to state court. (Doc. 66, ¶ 3.) Additionally, the Motion is unopposed. (*Id.* ¶ 5.) Thus, the Motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. 66) is **GRANTED**.

2. Plaintiff's Amended Class Action Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED TO TERMINATE** all pending motions and **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 6, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:
Counsel of Record